FILED

OCT 24 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT D. SMITH,<br><br>Defendant. | CR 18–18–M–DLC<br><br>ORDER |

This matter comes before the Court on the United States's Unopposed Motion for Final Order of Forfeiture. (Doc 34.) The Court finds:

(1) The United States commenced this action pursuant to 18 U.S.C. § 924(d);

(2) A Preliminary Order of Forfeiture was entered on July 24, 2018;

(3) All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1); and

(4) There appears to be cause to issue a forfeiture order under 18 U.S.C. § 924(d);

Accordingly, IT IS ORDERED:

(1) The Motion for Final Order of Forfeiture (Doc. 34) is GRANTED;

(2) Judgment of forfeiture of the following property is entered in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- GLOCK GMBH 20GEN4 Pistol CAL:10 SN:BFFD405;
- 14 Rounds Unknown Ammunition CAL:10

(3) The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 24th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court